### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

THE LENDEL VINES COMPANY, INC.                                        PLAINTIFF

v.                            CASE NO. 2:07-CV-02027 JLH

LIBERTY MUTUAL INSURANCE COMPANY                          DEFENDANT

### MOTION TO DISMISS AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO STRIKE JURY DEMAND

Liberty Mutual Insurance Company ("Defendant"), for its motion to dismiss amended complaint or, in the alternative, to strike jury demand, states:

1. On May 23, 2007, Defendant removed this action to this Court from the Circuit Court of Crawford County, Arkansas.

2. Plaintiff's state court complaint did not include a jury demand.

3. On May 23, 2007, the Court entered an Order directing the parties to make any request for a trial by jury within thirteen (13) days of March 23, 2007. Thus, any jury demand was due on or before April 5, 2007.

4. The Court's Order dated May 23, 2007, specifically stated that any failure to file a jury demand on or before April 5, 2007, "[would] constitute a waiver of trial by jury."

5. Plaintiff failed to file a jury demand by April 5, 2007. Plaintiff's failure to file a jury demand on or before April 5, 2007, constituted a waiver of trial by jury.

6. On April 11, 2007, Plaintiff filed an amended complaint that included a jury demand. Plaintiff's amended complaint did not assert new claims or causes of action and did not insert additional parties to the action.

132625

7. Plaintiff filed the amended complaint without requesting leave to amend from the Court as required by Fed. R. Civ. P. 15(a).

8. Defendant has been prejudiced due to plaintiff's failure to file a motion for leave to amend as required under Fed. R. Civ. P. 15(a). Defendant has been deprived of an opportunity to object to the proposed amended complaint for including a jury demand that had been previously waived.

9. Plaintiff's amended complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) due to plaintiff's failure to comply with Fed. R. Civ. P. 15(a) in connection with the filing of the amended complaint. In addition, the Court should enter an Order stating that plaintiff has waived a trial by jury.

10. Alternatively, the Court should strike the jury demand in paragraph 36 of the amended complaint and enter an Order stating that plaintiff has waived a trial by jury. See Fed. R. Civ. P. 12(f).

11. Defendant incorporates herein by reference the memorandum brief submitted in support of this motion.

WHEREFORE, Defendant prays that the Court dismiss plaintiff's amended complaint and enter an Order stating that plaintiff has waived a trial by jury or, in the alternative, strike the jury demand in plaintiff's amended complaint and enter an Order stating that plaintiff has waived a trial by jury, and award defendant all other proper relief.

        David B. Vandergriff
        CROSS, GUNTER, WITHERSPOON
          & GALCHUS, P.C.
        5401 Rogers Avenue, Suite 200
        Fort Smith, Arkansas 72903
        Tel: (479) 783-8200
        Fax: (479) 783-8265
        dbv@cgwg.com


        Reed R. Edwards
        CROSS, GUNTER, WITHERSPOON
          & GALCHUS, P.C.
        101 West Mountain, Suite 200
        Fayetteville, Arkansas 72701
        Tel: (479) 443-6978
        Fax: (479) 443-7697


        By: /s/ Reed R. Edwards_____
            Reed R. Edwards, Ark. Bar No. 96196
            redwards@cgwg.com

        *Attorneys for Liberty Mutual Insurance Company*


## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 24, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

    J.R. Carroll
    jrcarroll@daviswrightlaw.com

                /s/ Reed R. Edwards_____
                Reed R. Edwards